01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )   CASE NO. CR12-5473-MAT
09          Plaintiff,                     )
                                           )
10      v.                                 )
                                           )   DETENTION ORDER
11  JAMES NJUGUNA,                         )
                                           )
12          Defendant.                     )
    _____ )

13

14  <u>Offense charged</u>:      Deferred Prosecution Violations

15  <u>Date of Detention Hearing</u>:    June 26, 2014.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably

19  assure the appearance of defendant as required and the safety of other persons and the

20  community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          1.      Defendant appeared before this Court on October 21, 2013, at which time he

DETENTION ORDER
PAGE -1

01  was granted a deferred prosecution pursuant to RCW 10.05.  He is now charged with five

02  alleged violations of the conditions of supervision pursuant to the deferred prosecution.   An

03  evidentiary hearing has been scheduled for July 7.  If the violations are established, the

04  deferred prosecution may be revoked.   The alleged violations include new alcohol and driving

05  offenses.

06          2.      Defendant does not oppose entry of an order of detention.

07          3.      There does not appear to be any condition or combination of conditions that will

08  reasonably assure the defendant's appearance at future Court hearings while addressing the

09  danger to other persons or the community.

10  It is therefore ORDERED:

11    1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

12        General for confinement in a correction facility separate, to the extent practicable, from

13        persons awaiting or serving sentences or being held in custody pending appeal;

14    2.  Defendant shall be afforded reasonable opportunity for private consultation with

15        counsel;

16    3.  On order of the United States or on request of an attorney for the Government, the

17        person in charge of the corrections facility in which defendant is confined shall deliver

18        the defendant to a United States Marshal for the purpose of an appearance in connection

19        with a court proceeding; and

20    4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

21        for the defendant, to the United States Marshal, and to the United State Pretrial Services

22        Officer.

DETENTION ORDER
PAGE -2

01        DATED this <u>26th</u> day of June, 2014.

02

03                                                   _____
                                                     Mary Alice Theiler
04                                                   Chief United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3